## TURK *v.* STATE OF INDIANA.

[No. 13,612.   Filed July 5, 1929.]

*Frank A. Symmes, Garth B. Melson, Earl R. Cox* and *Donald F. La-Fuze,* for appellant.

*Arthur L. Gilliom,* Attorney-General, and *Edward J. Lennon, Jr.,* Deputy Attorney-General, for the State.

REMY, J.—Reversed, on authority of *Wallace* v. *State* (1927), 199 Ind. 317, 157 N. E. 657.

Nichols, J., not participating.

## BOWSHER *v.* BRANDT C. DOWNEY COMPANY ET AL.

[No. 13,477.   Filed July 6, 1929.]

*Doan & Mathews,* for appellant.

*L. Roy Zapf,* for appellees.

McMAHAN, C. J.—Affirmed on authority of *Berry* v. *Brandt C. Downey Co.* (1929), *ante* 545, 167 N. E. 136.

## SCHENK *v.* STATE OF INDIANA.

[No. 13,705.   Filed July 6, 1929.]

*Oscar Birch,* for appellant.

*James M. Ogden,* Attorney-General, and *Merl M. Wall,* Deputy Attorney-General, for the State.

McMAHAN, C. J.—This appeal is controlled by the principles laid down in *Wallace* v. *State* (1927), 199 Ind. 317, 157 N. E. 657, and, on the authority of that case, the judgment is reversed.

Nichols, J., not participating.